IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-210-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY JAMAR RAGIN | ORDER TO SEAL<br>**D.E. 112** |

The United States has moved this Court for an Order to Seal D.E. 112, Exhibit 1 to the response of the United States to Defendant's Motion for Compassionate Release.

For good cause shown, to include the presence of sensitive medical information within D.E. 112, the Defendant's right to privacy outweighs the public's right to access the documents.

It is therefore ORDERED that D.E. 112 be accepted and filed under seal.

SO ORDERED. This **3** day of January, 2022.

JAMES C. DEVER III
United States District Judge