UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-CR-210-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 106) |
| STANLEY JAMAR RAGIN ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 106 (Medical Records) be sealed until further notice by this Court.

SO ORDERED. This **3** day of January, 2022.

JAMES C. DEVER III
United States District Judge