# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



150 Rowan Street, Suite 110  
Fayetteville, NC 28301-4920  
Phone: 910-354-2538  
Fax: 910-483-2690

**DATE:** December 2, 2025

**FROM:** Keith W. Lawrence  
Supervisory U.S. Probation Officer

**SUBJECT:** **RAGIN, Stanley Jamar**  
**Case No.: 5:17-CR-210-1D**  
<u>**Request for Early Termination**</u>

**TO:** James C. Dever III  
United States District Judge

On August 8, 2019, Stanley Jamar Ragin was convicted of Count 1 - Conspiracy to Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and Count 2 – Distribution of a Quantity of Heroin. Mr. Ragin appeared in United States District Court for the Eastern District of North Carolina and received 96 months imprisonment, followed by four years of supervised release. He began supervision on July 18, 2023.

Mr. Ragin has performed satisfactorily on supervision. He has submitted to DNA testing and with the exception of traffic offenses he has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been on our low-risk supervision program since July 12, 2024. All drug screens have been negative. Mr. Ragin is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on July 17, 2027.

The probation office respectfully requests early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

---

- ☐ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          _____  
James C. Dever III                                              Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.           Crim. No. 5:17-CR-210-1D

STANLEY JAMAR RAGIN

On July 18, 2023, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence  
Keith W. Lawrence  
Supervising U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2538  
Executed On: December 2, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __December__, 2025.

James C. Dever III  
U.S. District Judge